ORIGINAL COPY OF 2
Both copies Stomped
And Notarized.

RECEPTION AND MEDICAL CENTER
DATE: 2-7-22
INMATE INITIALS: A.S.

United States District Court
Middle District of Florida
Office of The Clerk
300 N. Hogan St ste 9-150
Jacksonville, Florida

## GENERAL AFFIDAVIT

3:22-CV-144-HLA-PDB

STATE OF FLORIDA
COUNTY OF UNION

I, Andre L. Sheffield #116194, do hereby swear or affirm that the following statement is true and correct, and make of my own free will, from my own personal knowledge.

On February 4th, 2022, at approximately 9:00 (AM)/PM: MAIL CARRIER Debra Burch, Delivered myself A Letter From Attorney JAMES V. Cook, The Correspondence enclosed WAS Addressed To A Mr. Rick Sichta, ESQ Out of Jacksonville, Fla, Mr. Cook is Out of Tallahassee, Florida, Both Correspondences Were Re-opened And Letters Switched Out of Retaliation And Cahooting With Classification And Administration - These Correspondences Were placed in Mail Carrier CHERYL L. Elwood, Hands For Mailing, After I'd Sealed them personally. I Remailed Both Correspondences Out And this Correspondence Out this date Feb. 7, 2022.

The Reason This is being done is to prevent myself my 1st Amendment Violations Freedom of Speech - by my reporting Administration of RMC Set up to Have myself Murderd 12/22/21 Forcing myself off (p.m.) protective Management Status into population to be Stabbed up 12-25-21.

Multiple Organizations Have been enlighten of Said - Now - Their obstructing Justice For Said Administration. I Have enlightend F.D.L.E. Via affidavit of Said Assault 1-24-22, Regional II Directors office 1-12-22, U.S. Department of Justice 1-26-22, And Fla Cares Association 1-7-22, With Copies of all With Certificate of Services ect. - They do Not Want myself Corresponding With Mr. Cook, my Civil Attorney, And playing Games to prevent said.

I Wish To File A Complaint And Bring Federal Charges Against these Mail Carriers Burch And Elwood, And

Have thus reported said to The post Master General And U.S. Department of Justice Again.
For Confirmation - Contact the Following Attorneys Supra. Said Violations Have me So distressed to the point of Suicide As placed on Sick Call Request (Acknowledged by Mental Health department.

SEE: NOTARY Attached by CHERYL L. Elwood.
SEE: Memo dated: 1/13/22 by D. Mallard Attached.

I seriously doubt haft of The Stamped Copies of The Legal/Privallege Mail leaving this Institution Which is Placed "Sealed" directly in these Mail Carriers Hands. They Should be Subject to Federal Charges and Ammediate Termination.

UNDER THE PENALTIES OF PERJURY, I declare that I have read the foregoing sworn affidavit and the facts stated herein are true and correct in accordance with section 92.525 (2007), Florida Statutes.

Executed on this 7th day of February 2022.

Respectfully submitted,
/S/ Andre Sheffie
(printed name) Andre Sheffield #116194
(address) Reception Medical Center
P.O. Box 628
Lake Butler, Fla
32054

**FLORIDA DEPARTMENT of CORRECTIONS**

501 South Calhoun Street, Tallahassee, FL 32399-2500

Governor
**RON DESANTIS**

Secretary
**RICKY D. DIXON**

www.dc.state.fl.us

Inmate Sheffield, Andre #116194
Reception & Medical Center
P.O. Box 628
Lake Butler, FL 32054

January 13, 2022

RE: Correspondence to the Office of the Inspector General

Inmate Sheffield:

Your correspondence to the Office of the Inspector General was forwarded to the Reception & Medical Center for review and response. The Florida Department of Corrections has a zero-tolerance policy against abuse or mistreatment of any kind. As such, your complaint regarding grievance and legal mail pickup has been formally reported for further review.

Sincerely,

D. Mallard
Assistant Warden

/dem

cc: Warden
    Inmate File

★INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME★

Pg. 3 of 4

## CERTIFICATE OF Service

I, Andre L. Sheffield, do hereby Certify that A Copy of Said General Affidavit Was Provided To MAIL CARRIER CHERYL L. Elwood, For Mailing to Via U.S. Mail: United States District Court, Middle District of Florida, office of The Clerk 300 N. Hogan St. Ste 9-150, Jacksonville, Florida 32202-4271 ON This 7th day of February 2022. Copy Retained.

Dated: February 7th, 2022                    _____
                                              Signature of Affiant

STATE OF Florida
County oF UNION

Sworn to or affirmed And signed before on Feb 7 2022 by Andre Sheffield

RECEPTION AND MEDICAL CENTER
DATE: _____
INMATE INITIALS: _____

_____
NOTARY Public or Deputy Clerk

Notary Public State of Florida
Cheryl L Elwood
My Commission GG 367546
Expires 09/20/2023

(Print, Type, or Stamp Commissioned Name of Notary or Clerk),

____ Personally Known
____ Produced Identification
Type of Identification produced DC 116194